# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00624-CV

**Praise Tabernacle Outreach and Family Worship Center, Inc. d/b/a Praise Tabernacle, Inc., Appellant**

**v.**

**Windmere Capital Ltd., Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 273,761, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In February 2005, pursuant to appellant's reasonable explanation for his late-filed notice of appeal, this Court granted appellant's motion for extension of time to file notice of appeal. *See* Tex. R. App. P. 10.5(b). No further activity has occurred in this case; no clerk's or reporter's records have been filed. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b) (after ten days notice, may dismiss appeal for want of prosecution).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:  July 6, 2005